1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (Bar No. 073901)
2  Christopher J. Passarelli (Bar No. 241174)
   Post Office Box 3140
3  19 Upper Ragsdale Drive
   Monterey, CA 93942-3140
4  Telephone: (831) 649-8800

5  Attorneys for Plaintiff
   CITY BUILDING, INC.

6  TAYLOR & COMPANY LAW OFFICES, LLP
   Jeffrey E. Faucette (Bar No. 193066)
7  Jonathan A. Patchen (Bar No. 237346)
   One Ferry Building, Suite 355                            *E-FILED - 2/12/10*
8  San Francisco, CA 94111
   Telephone: (415) 788-8200

9  Attorneys for Defendant
   CAMERON BUILDERS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY BUILDING, INC. | Case No: 5:09-cv-00738-RMW |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL; AND [XXXXXX] ORDER |
| CAMERON BUILDERS, INC. | |
| Defendant. | |

Plaintiff, CITY BUILDING, INC. and Defendant, CAMERON BUILDERS, INC., acting by and through the undersigned counsel of record, hereby stipulate and agree that this case, and all of the respective claims asserted by the parties, should be dismissed with prejudice.

//
//
//
//
//
//
//

Case No. 5:09-cv-00738-RMW
Stipulation of Dismissal and XXXXXX Order

1

1 | Dated: ~~January~~ February 11, 2010

LARIVIERE, GRUBMAN & PAYNE, LLP

By: _____
Christopher J. Passarelli
Attorneys for Plaintiff City Building, Inc.

Dated: ~~January~~ February 11, 2010

TAYLOR & COMPANY LAW OFFICES, LLP

By: _____
Jeffrey E. Faucette
Attorneys for Defendant Cameron Builders, Inc.

## ORDER

**IT IS SO ORDERED.**

Dated: 2/12/10

_____
Hon. Ronald M. Whyte
United States District Court Judge

Case No. 5:09-cv-00738-RMW
Stipulation of Dismissal and XXXXXX Order

2